AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |
|---|---|
| David Clinton Burris,<br>*Plaintiff*<br>v.<br><br>Mr. Bruce Bryant, York County South Carolina<br>Sheriff; York County Detention Center,<br>*Defendant*s | )<br>)<br>)<br>)<br>)<br>)    Civil Action No.    1:13-cv-00582-TMC |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, David Clinton Burris, shall take nothing of the defendants; Mr. Bruce Bryant and York County

Detention Center, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the
complaint without prejudice.

Date:   May 3, 2013                                         *LARRY W. PROPES, CLERK OF COURT*


                                                                    s/A. Buckingham
                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*